UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. ZAHER MEHRI,

                Plaintiff,

      -against-

TD BANK, N.A.,

                Defendant.

Case No. 1:25-cv-10316 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The in-person initial pretrial conference previously scheduled for February 9, 2026, at 11:00 a.m. is converted to a remote video Microsoft Teams conference. Counsel will receive log-in credentials at the email addresses on the docket. The public listen-only line may be accessed by dialing phone number: 646-453-4442 | phone conference ID: 466 817 803#.

Dated:  January 26, 2026
       New York, New York

                SO ORDERED.

                JENNIFER L. ROCHON
                United States District Judge