UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. ZAHER MERHI,

                    Plaintiff,

          -against-

T.D. BANK, N.A.,

                    Defendant.

Case No. 1:25-cv-10316 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record at the parties' February 9, 2026 conference,

discovery in this matter is stayed pending resolution of Defendant's motion to dismiss.

Dated: February 9, 2026
       New York, New York

                           SO ORDERED.

                           _Jennifer Rochon_

                           JENNIFER L. ROCHON
                           United States District Judge