**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 DR. ZAHER MERHI,

Plaintiff,

-against-                                          25 **CIVIL** 10316 (JLR)

**JUDGMENT**

TD BANK, N.A.,

Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated May 8, 2026, Defendant's motion to dismiss this

action pursuant to Rule 12(b)(6) is GRANTED, and the case is dismissed; accordingly, the case

is closed.

**Dated:** New York, New York

May 11, 2026

**TAMMI M. HELLWIG**
_____
**Clerk of Court**

BY:             K. Mango
_____
**Deputy Clerk**